# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON LEROY SCOTT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. NEUSCHMID, Warden,<br><br>　　　　　Respondent. | CASE NO. 2:18-CV-10728-R (SK)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and this action is dismissed with prejudice.

DATED: February 26, 2019

　　　　　　　　　　　　　　　　　　HON. MANUEL L. REAL
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE